1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9
10   ALFRED LAWS,                          Case No. LACV 18-5852-DOC (LAL)

11                          Petitioner,    **ORDER ACCEPTING REPORT AND**
                                           **RECOMMENDATION OF UNITED**
12              v.                         **STATES MAGISTRATE JUDGE**

13   CRAIG KOENIG, Warden,

14                          Respondent.

15
16
17           Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's

18   Report and Recommendation, Petitioner's Objections and the remaining record, and has made a

19   *de novo* determination.

20           Petitioner's Objections lack merit for the reasons stated in the Report and

21   Recommendation.

22           Accordingly, IT IS ORDERED THAT:

23           1.      The Report and Recommendation is approved and accepted;

24           2.      Judgment be entered denying the Petition and dismissing this action with

25                   prejudice; and

26   ///

27   ///

28   ///

1          3.        The Clerk serve copies of this Order on the parties.

2

3
   DATED: _____        *David O. Carter*
4                March 30, 2020     _____
                                    HONORABLE DAVID O. CARTER
5                                   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28